IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PETER JACOBSSON,<br><br>　　　　　　　Defendant. | 4:25CR3080<br><br>**CASE<br>TELEPHONE CONFERENCE<br>INSTRUCTIONS** |

　　　To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

　　　Dial 1-855-244-8681.

　　　Enter the access code 2318 102 2958, then touch the # key.

　　　DATED this 23rd day of September, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. Deluca*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge